UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES AMERICA | Criminal No. 91-254 |
| vs. | Order of Reassignment |
| ROBERT JONAS | |

It is on this  1ST   day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND TO JUDGE STANLEY R. CHESLER.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT